United States District Court
Southern District of Texas
**ENTERED**
April 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JUAN RICARDO ANGULO RODRIGUEZ,** | § § § § | |
| *Petitioner*, | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:26-cv-00592** |
| | § | |
| **GRANT DICKEY, et al.,** | § § | |
| *Respondents*. | § § | |

## ORDER

Petitioner has filed his Motion to Enforce (ECF No. 13). The Court requires expedited briefing on this matter. It is hereby **ORDERED** that Respondents shall file their response no later than April 10, 2026. Petitioner may file a reply by April 14, 2026. Respondents are further **ORDERED** to provide a transcript or recording of Petitioner's March 18 bond hearing, or else provide a statement explaining why such records are not available.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 3rd of April, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE